**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

2014 DEC 15 PM 3:29



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>EDSON JAIR DORANTES CHAVEZ (1),<br><br>                Defendant. | CASE NO. **14CR1017-JLS**<br><br>**JUDGMENT OF DISMISSAL** |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

21 USC 952, 960 Importation of methamphetamine.

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 12, 2014

                                        HONORABLE JANIS L. SAMMARTINO
                                        UNITED STATES DISTRICT JUDGE